UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONTRAIL MONIQUE LATHAM,

                                    Petitioner,

        v.

COWLITZ COUNTY,

                                    Respondent.

No. C15-5462 RBL-KLS

ORDER ADOPTING REPORT AND
RECOMMENDATION

        The Court, having reviewed the petition for writ of habeas corpus, the Report and

Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and

Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

        (1)     The Court adopts the Report and Recommendation.

        (2)     The petition for writ of habeas corpus is **DISMISSED WITHOUT
                PREJUDICE.**  A certificate of appealability is **denied.**

        (3)     The Clerk is directed to send copies of this Order to Petitioner, counsel for
                Respondent and to the Hon. Karen L. Strombom.

        **DATED** this 10th day of November, 2015.


                                                _____
                                                Ronald B. Leighton
                                                United States District Judge


ORDER ADOPTING REPORT AND RECOMMENDATION - 1